## WARE V. THE STATE.

### *Action for License.*

(Decided May 8th, 1906. 41 So. Rep. 156.)

APPEAL from Mobile Circuit Court.
Heard before HON. SAMUEL B. BROWNE.
B. B. BOONE, for appellant.
R. H. & N. R. CLARKE, for appellee.
Per curiam.—Affirmed upon the authority of *Ware, etal. v. Mobile County*, 41 So. Rep. 152.

---

## HALL V. THE STATE.

### *Murder.*

(Decided May 10th, 1906. 41 So. Rep. 173.)

APPEAL from Monroe Circuit Court.
Heard before Hon. JOHN T. LACKLAND.
No counsel marked for appellant. MASSEY WILSON, Attorne yGeneral for State.
TYSON, J. Reversed and remanded on the authority of Fryer v. The State, 146 Ala. 4.
WEAKLEY, C. J. and SIMPSON and ANDERSON, JJ., concur.

---

## KYLE, *et al.* V. ALABAMA STATE LAND CO.

### *Bill to Quiet Title.*

(Decided May 10th, 1906. 41 So. Rep. 174.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
DANIEL COLLIER and M. P. ORMOND, for appellant. J. W. A. SMITH and HENRY FITTS, for appellee.
Affirmed. Opinion by SIMPSON, J.
WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.